No. 05–37. DECENA ET AL. *v.* SAN JOSE CHARTER OF THE HELLS ANGELS MOTORCYCLE CLUB ET AL.; and

No. 05–45. LINDERMAN *v.* SAN JOSE CHARTER OF THE HELLS ANGELS MOTORCYCLE CLUB ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–348. COMFORT, ON BEHALF OF HER MINOR CHILD NEUMYER, ET AL. *v.* LYNN SCHOOL COMMITTEE ET AL. C. A. 1st Cir. Certiorari denied.

No. 05–404. ROCH ET AL. *v.* HUMANE SOCIETY OF BEDFORD COUNTY, TENNESSEE, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–406. WHEELER ET AL. *v.* BL DEVELOPMENT CORP., DBA GRAND CASINO TUNICA. C. A. 5th Cir. Certiorari denied.

No. 05–410. CITY OF KNOXVILLE, TENNESSEE *v.* ENTERTAINMENT RESOURCES, LLC, DBA FANTASY VIDEO. Sup. Ct. Tenn. Certiorari denied.

No. 05–413. SMITH *v.* OLSSON ET UX. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 05–414. MOSIMANN *v.* MSAS CARGO INTERNATIONAL ET AL. Ct. App. Mich. Certiorari denied.

No. 05–419. CHAJKOWSKI *v.* BOSICK ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–421. ANDREWS ET AL. *v.* PINCAY ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–423. LEE *v.* STATE COMPENSATION INSURANCE FUND. Ct. App. D. C. Certiorari denied.

No. 05–426. GLASS ET AL. *v.* CAGLE'S INC. ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–429. BROWN *v.* AAMES CAPITAL CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 05–430. BUTLER *v.* CHRYSLER CORP. ET AL. C. A. 6th Cir. Certiorari denied.